*L. P. Milligan* and *D. O. Daily,* for the appellant.

*J. R. Coffroth,* for the appellee.

———————◆◆◇—————————

CRUSH and Another *v.* KIRLAND and Another.

If it is alleged that a term of Court was unauthorized, it is not available here as an error unless it had been properly urged below.

Morton *v.* Kane.

APPEAL from the *Hancock* Circuit Court.

*Per Curiam.*—Suit on a note. Answer, denial, payment and set-off. Reply, denial. Trial by the Court by agreement of parties in *December,* 1860, as the record states, at an adjourned term of the Court. Motion for a new trial overruled; no reasons filed. The error assigned is, that the term of Court was unauthorized, and therefore the judgment a nullity. The point is first made in this Court. There was a statute authorizing adjourned terms of the Circuit Courts. We see nothing in the record, nor is anything pointed out to us, rendering the proceedings of the *December* term of the Hancock Circuit Court invalid.

The judgment is affirmed, with 3 per cent. damages and costs.

*T. D. & R. L. Walpole,* for the appellants.

*West & Craven,* for the appellees.